**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1746**

_____

DEREK WILLIAM WRAGGE,

        Plaintiff - Appellant,

   v.

THE CITY OF WILMINGTON,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:25-cv-01039-FL-RN)

_____

Submitted:  October 16, 2025                   Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Derek William Wragge, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek William Wragge appeals the district court's order dismissing his amended civil complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Wragge's informal and supplemental informal briefs do not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We deny all Wragge's pending motions, including his motions requesting that his original complaint be served and to update his original demand. We further deny as moot Wragge's motions to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*